NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PETER S. LEVITT
Assistant United States Attorney
ERIN S. MELLEN
VALERIE G. PREISS
Trial Attorneys
U.S. Department of Justice, Tax Division
c/o Office of the United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6418
Erin.S.Mellen@usdoj.gov (202) 305-4075
Valerie.G.Preiss@usdoj.gov (202) 514-6475
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TIMOTHY WILSON, <br><br> Defendant. | Case No. 2:20-mj-234-BNW <br><br> MOTION UNDER LR IA 11.3 FOR DEPARTMENT OF JUSTICE TRIAL ATTORNEYS TO APPEAR IN THIS COURT ON BEHALF OF THE UNITED STATES |

The United States of America, by and through Christopher Burton, Chief, Special Prosecutions Section, Assistant United States Attorney, respectfully moves, pursuant to LR IA 11.3, that the United States Department of Justice, Tax Division, Trial Attorneys Erin S. Mellen and Valerie G. Preiss, be permitted to appear before this Court in the above captioned case. Ms. Mellen and Ms. Preiss are employed by the United States as attorneys, and, in the

course and scope of their employment, have occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 1st day of April, 2020.

Respectfully Submitted,

*[signature]*

CHRISTOPHER BURTON
Chief, Special Prosecutions Section
Assistant United States Attorney

IT IS SO ORDERED: *[signature: Elayna J. Youchah]*
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2020