UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

TIMOTHY WILSON,

        Defendant.

Case No. 2:20-MJ-00234-EJY

**ORDER**

Before the Court is the Government's Motion to Unseal (ECF No. 3).  No response to this Motion was filed by Defendant.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED that the Government's Motion to Unseal (ECF No. 3) is GRANTED.  The case and all pleading filed therein shall be unsealed.

DATED:  April 16, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1