NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PETER S. LEVITT
Assistant United States Attorney
VALERIE G. PREISS
PATRICK BURNS
Trial Attorneys
U.S. Department of Justice, Tax Division
c/o Office of the United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388-6418
Valerie.G.Preiss@usdoj.gov
J. Patrick.Burns@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY WILSON,<br><br>　　　　Defendant. | Case No. 2:20-mj-00234-EJY<br><br>**MOTION FOR GOVERNMENT ATTORNEY APPEARANCE UNDER LOCAL RULE IA 11-3** |

　　　The United States of America, by and through Christopher Burton, Assistant United States Attorney, respectfully moves, pursuant to Local Rule IA 11-3, that Patrick Burns, Trial Attorney with the United States Department of Justice, Tax Division, be permitted to appear before this Court in the above-captioned case.

　　　Mr. Burns is a member in good standing of the bars of the State of Nevada, State of California, and the District of Columbia, employed by the United States as an attorney,

and, in the course and scope of his employment, has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated this 5th day of June, 2020.

                                              Respectfully Submitted,

                                              /s/ Christopher Burton
                                              CHRISTOPHER BURTON
                                              Chief, Special Prosecutions Section
                                              Assistant United States Attorney

IT IS SO ORDERED: _____
                                  HONORABLE ELAYNA J. YOUCHAH
                                  UNITED STATES MAGISTRATE JUDGE

Dated: June 8, 2020